**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| KATELYN HANKS<br>　*Plaintiffs,*<br><br>v.<br><br>LA MICHOACANA MEAT MARKET, INC.<br>AND SRO INVESTMENTS, LTD.<br>　*Defendant.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | Civil Action No.: 3:18-cv-01572-L |

## DEFENDANTS' UNOPPOSED MOTION FOR EXTENSION OF TIME TO RESPOND TO THE COMPLAINT

Defendants La Michoacana Meat Market, Inc. and SRO Investments, LTD. ("Defendants"), file this Unopposed Motion for Extension of Time to Respond to the Complaint. Defendants seeks a 30-day extension of this deadline to prepare its response.

This motion is not made for delay, but only to permit orderly resolution of issues in the case.

Accordingly, Defendants respectfully request that the Court grant its Unopposed Motion for Extension of Time to Respond to the Complaint.

## **CERTIFICATE OF CONFERENCE**

I do hereby certify that I contacted Plaintiff's counsel on July 19, 2018 and confirmed that Plaintiff's counsel is unopposed to the extension.

                        */s/ Ruth M. Willars*
                        RUTH M. WILLARS

                        Respectfully submitted,
                        **MONTY & RAMIREZ LLP**

| *Of Counsel for Defendants* | By: */s/ Ruth M. Willars* |
|---|---|
| | RUTH M. WILLARS |
| JACOB M. MONTY | **MONTY & RAMIREZ LLP** |
| **MONTY & RAMIREZ LLP** | Texas SBN: 24003175 |
| Texas SBN: 00789498 | Fed. ID No.: 28285 |
| Fed. ID No.: 18463 | 150 W. Parker Road, 3rd Floor |
| 150 W. Parker Road, 3rd Floor | Houston, TX 77076 |
| Houston, TX 77076 | Ph.: 281-493-5529 |
| Ph.: 281-493-5529 | Fax: 281-493-5983 |
| Fax: 281-493-5983 | Email: rwillars@montyramirezlaw.com |
| Email: jmonty@montyramirezlaw.com | **ATTORNEY-IN-CHARGE FOR DEFENDANTS** |

**CERTIFICATE OF SERVICE**

     I do hereby certify that on July 19, 2018, I caused a copy of the foregoing to be served upon the following counsel of record via electronic service pursuant to the Local Rules of the Northern District of Texas:

LAW OFFICES OF THE SCHAPIRO LAW GROUP, P.L.
Douglas S. Schapiro, Esq.
Northern District of Texas ID No. 54538FL
The Schapiro Law Group, P.L.
21301 Powerline Road, Suite 106
Boca Raton, FL 33433
Tel: (561) 807-7388
Email: schapiro@schapirolawgroup.com

LAW OFFICES OF LIPPE & ASSOCIATES
Emil Lippe, Jr., Esq.
State Bar No. 12398300
Lippe & Associates
12222 Merit Drive, Suite 1200
Tel: (214) 855-1850
Fax: (214) 720-6074
Email: emil@texaslaw.com
**ATTORNEYS FOR PLAINTIFF**

                                        */s/ Ruth M. Willars*
                                        RUTH M. WILLARS