IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **KATELYN HANKS,** | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. **3:18-CV-1572-L** |
| **LA MICHOACANA MEAT MARKET, INC. and SRO INVESTMENTS, LTD.,** | § § § § | |
| Defendants. | § § | |

## ORDER

Before the court is the parties' Joint Stipulation to Approve Consent Decree and Dismiss Defendants with Prejudice (Doc. 18), filed October 18, 2018.  The court has carefully considered the Joint Stipulation and the Consent Decree attached to the Joint Stipulation as Exhibit "1", and is otherwise fully advised in this matter.  Accordingly, the court hereby **approves** the Consent Decree, which is incorporated herein as if repeated verbatim, and this action against Defendants LA MICHOACANA MEAT MARKET, INC. and SRO INVESTMENTS, LTD, is **dismissed with prejudice**.  The court **retains** jurisdiction to enforce the Consent Decree.  The parties shall bear their own attorney's fees and costs, except as detailed in the parties' Consent Decree.

**It is so ordered** this 23rd day of October, 2018.

*(signature)*
Sam A. Lindsay
United States District Judge

**Order – Solo Page**